1 | (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADOPT REVISED INITIAL CASE MANAGEMENT SCHEDULE** |

Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

THOMAS MARC LITTON (Cal. State Bar No. 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 421-4774
tlitton@nydclaw.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
DAVID W. SANFORD (N.Y. State Bar No. 457933)
ANDREW MELZER (N.Y. State Bar No. 4270682)
STANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@nydclaw.com
dsanford@nydclaw.com
amelzer@nydclaw.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@ramolson.com
kolson@ramolson.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

**STIPULATION**

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants AT&T Corp., Pacific Bell Telephone Company (named in the complaint as "Pacific Bell Telephone Co."), and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. This case has been brought as a collective action/class action under the Fair Labor Standards Act and California wage-and-hour law, and was commenced on December 16, 2009. (*See* Docket No. 1.)

2. Plaintiffs effected service of process on defendants on February 1, 2010.

3. The parties have stipulated that defendants' response to plaintiffs' complaint is due on March 24, 2010. (*See* Docket No. 16.)

4. When the action was commenced, the Court automatically set the following initial case management dates:

| **Event** | **Date** |
| --- | --- |
| Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification signed by parties and counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 03/03/10 |
| Last day to:<br>o file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br>o file case management statement | 03/17/10 |
| Initial case management conference | 03/24/10 |

(See Docket No. 2.)

5. Thereafter, in connection with the reassignment of the case from U.S. Magistrate Judge James Larson (to whom it originally had been assigned) to U.S. District Judge Charles R. Breyer, the

1  initial case management conference was rescheduled to March 26, 2010. (*See* Docket No. 21.)

2    6.    After conferring about scheduling and defendants' need for additional time to prepare adequately for the initial disclosures, discovery plan, Rule 26(f) report, and initial case management statement, the parties have agreed upon and request the Court to adopt a revised initial case management schedule as follows:

| **Event** | **Date** |
|---|---|
| Last day to:<br>o  meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o  file ADR Certification signed by parties and counsel<br>o  file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 04/20/10 |
| Last day to:<br>o  file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br>o  file case management statement | 05/04/10 |
| Initial case management conference | 05/12/10 |

7.    By entering into this stipulation, plaintiffs are not obligated to defer the timing of a motion for conditional collective action certification.

8.    Based on the foregoing, the parties believe there is good cause and respectfully request the Court to adopt this revised case management schedule.

///
///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: March 3, 2010. | THOMAS MARC LITTON |
| 2 | | STEVEN L. WITTELS |
| | | DAVID W. SANFORD |
| 3 | | ANDREW MELZER |
| | | SANFORD WITTELS & HEISLER, LLP |
| 4 | | |
| | | MICHAEL RAM |
| 5 | | KARL OLSON |
| | | RAM & OLSON LLP |
| 6 | | |
| | | EDMOND CLARK |
| 7 | | LAW OFFICE OF EDMOND CLARK |

By: /s/ Steven L. Wittels
Steven L. Wittels
Attorneys for Plaintiffs
Joe Lewis Luque and Herman Richardson

Dated: March 3, 2010.

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendants
AT&T Corp., Pacific Bell Telephone Company, and
AT&T Communications of California, Inc.

# **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the initial case management schedule previously ordered by the Court be and is hereby revised as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Last day to:<br><br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>o file ADR Certification signed by parties and counsel<br><br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 03/03/10 | 04/20/10 |
| Last day to:<br><br>o file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br><br>o file case management statement | 03/17/10 | 05/04/10 |
| Initial case management conference | 03/26/10 | 05/12/10<br>(at 8:30 a.m.) |

IT IS FURTHER ORDERED that nothing in this initial case management schedule will preclude plaintiffs from filing a motion for conditional collective action certification prior to the initial case management conference.

Dated: March 5, 2010.



_____
Charles R. Breyer
United States District Judge