1 | (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADOPT REVISED INITIAL CASE MANAGEMENT SCHEDULE** |

Case 3:09-cv-05885-CRB   Document 26   Filed 03/08/10   Page 2 of 7

Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

THOMAS MARC LITTON (Cal. State Bar No. 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 421-4774
tlitton@nydclaw.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
DAVID W. SANFORD (N.Y. State Bar No. 457933)
ANDREW MELZER (N.Y. State Bar No. 4270682)
STANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York  10022
Telephone:  (646) 723-2947
Facsimile:  (646) 723-2948
swittels@nydclaw.com
dsanford@nydclaw.com
amelzer@nydclaw.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
mram@ramolson.com
kolson@ramolson.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut  06443
Telephone:  (203) 245-4602
Facsimile:  (203) 245-9734
Eclarkmadisonlaw@aol.com

LEGAL_US_W # 64024949.3

STIP. AND ORDER FOR REV. CMC SCHEDULE
U.S.D.C., N.D. Cal., No. C-09-5885-CRB

1  Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and
   AT&T Communications of California, Inc.:
2
   J. AL LATHAM, JR. (Cal. State Bar No. 071605)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
4  Los Angeles, California  90071
   Telephone: (213) 683-6000
5  Facsimile:  (213) 627-0705
   allatham@paulhastings.com
6
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
7  JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
10 jeffwohl@paulhastings.com
   jeffmichalowski@paulhastings.com
11
   WILLIAM CORY BARKER (Georgia State Bar No. 037727)
12 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   600 Peachtree Street, N.E., 24th Floor
13 Atlanta, Georgia  30308
   Telephone:  (404) 815-2400
14 Facsimile:  (404) 815-2424
   corybarker@paulhastings.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 64024949.3

STIP. AND ORDER FOR REV. CMC SCHEDULE
U.S.D.C., N.D. Cal., No. C-09-5885-CRB

**STIPULATION**

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants AT&T Corp., Pacific Bell Telephone Company (named in the complaint as "Pacific Bell Telephone Co."), and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. This case has been brought as a collective action/class action under the Fair Labor Standards Act and California wage-and-hour law, and was commenced on December 16, 2009. (*See* Docket No. 1.)

2. Plaintiffs effected service of process on defendants on February 1, 2010.

3. The parties have stipulated that defendants' response to plaintiffs' complaint is due on March 24, 2010. (*See* Docket No. 16.)

4. When the action was commenced, the Court automatically set the following initial case management dates:

| Event | Date |
| --- | --- |
| Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification signed by parties and counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 03/03/10 |
| Last day to:<br>o file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br>o file case management statement | 03/17/10 |
| Initial case management conference | 03/24/10 |

(See Docket No. 2.)

5. Thereafter, in connection with the reassignment of the case from U.S. Magistrate Judge James Larson (to whom it originally had been assigned) to U.S. District Judge Charles R. Breyer, the

1 initial case management conference was rescheduled to March 26, 2010. (*See* Docket No. 21.)

2     6.    After conferring about scheduling and defendants' need for additional time to prepare adequately for the initial disclosures, discovery plan, Rule 26(f) report, and initial case management statement, the parties have agreed upon and request the Court to adopt a revised initial case management schedule as follows:

| **Event** | **Date** |
|---|---|
| Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification signed by parties and counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 04/20/10 |
| Last day to:<br>o file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br>o file case management statement | 05/04/10 |
| Initial case management conference | 05/12/10 |

    7.    By entering into this stipulation, plaintiffs are not obligated to defer the timing of a motion for conditional collective action certification.

    8.    Based on the foregoing, the parties believe there is good cause and respectfully request the Court to adopt this revised case management schedule.

///
///
///
///
///
///
///
///

Dated: March 3, 2010.        THOMAS MARC LITTON
                             STEVEN L. WITTELS
                             DAVID W. SANFORD
                             ANDREW MELZER
                             SANFORD WITTELS & HEISLER, LLP

                             MICHAEL RAM
                             KARL OLSON
                             RAM & OLSON LLP

                             EDMOND CLARK
                             LAW OFFICE OF EDMOND CLARK


                             By:  /s/ Steven L. Wittels
                                      Steven L. Wittels
                                    Attorneys for Plaintiffs
                             Joe Lewis Luque and Herman Richardson

Dated: March 3, 2010.        J. AL LATHAM, JR.
                             JEFFREY D. WOHL
                             JEFFREY P. MICHALOWSKI
                             WILLIAM CORY BARKER
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP


                             By:  /s/ Jeffrey D. Wohl
                                      Jeffrey D. Wohl
                                    Attorneys for Defendants
                             AT&T Corp., Pacific Bell Telephone Company, and
                                AT&T Communications of California, Inc.

LEGAL_US_W # 64024949.3              -3-         STIP. AND ORDER FOR REV. CMC SCHEDULE
                                                 U.S.D.C., N.D. Cal., No. C-09-5885-CRB

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the initial case management schedule previously ordered by the Court be and is hereby revised as follows:

| Event | Current Date | New Date |
|---|---|---|
| Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification signed by parties and counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 03/03/10 | 04/20/10 |
| Last day to:<br>o file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report<br>o file case management statement | 03/17/10 | 05/04/10 |
| Initial case management conference | 03/26/10 | 05/12/10<br>(at 8:30 a.m.) |

IT IS FURTHER ORDERED that nothing in this initial case management schedule will preclude plaintiffs from filing a motion for conditional collective action certification prior to the initial case management conference.

Dated: March 5, 2010.



Charles R. Breyer
United States District Judge