1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA

3   JOE LEWIS LUQUE, *et al.*,

4         Plaintiffs,

5   v.                                                                  3:09CV5885 (CRB)

6   AT&T CORP., *et al.*,

7         Defendants.

8

**DECLARATION OF JEREMY HEISLER IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE TO THE COLLECTIVE ACTION CLASS**

I, JEREMY HEISLER, hereby declare as follows:

1.   I am an attorney duly admitted to practice law in the State of New York and am admitted *pro hac vice* in this action. I am a partner at the law firm of Sanford Wittels & Heisler, LLP ("SW&H"). Together with Ram & Olson LLP and the Law Office of Edmond Clark, I am counsel for Plaintiffs and the collective action class. I am familiar with all prior proceedings and the nature of this case.

2.   My co-counsel and I represent named Plaintiffs Joe Lewis Luque and Herman Richardson, who are current or former "Field Managers" employed by Defendants AT&T Corp. and the Pacific Bell Telephone Co. (collectively, "AT&T/PacBell").

3.   Simultaneously with this Motion, Plaintiffs have filed a motion for leave to amend their Complaint to name three additional plaintiffs: Paul Jenvey, Lee Seronello, and Tom Norton. Plaintiffs' Counsel also represents Jenvey, Seronello, and Norton.

4.   Additionally, Plaintiffs' Counsel represents the 61 AT&T/PacBell Field Managers who have filed consent forms with the Court as required by the FLSA and "opted in" to this suit.

1   5.   Attached hereto as Exhibit A is a true and correct copy of the U.S. District Court for the District of Connecticut's decision in *Perkins v. Southern New England Tel. Co.*, 669 F.Supp.2d 212 (D.Conn. 2009).

6.   Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Proposed Notice of Court Certification of Collective Action.

7.   Attached hereto as Exhibit C is a true and correct copy of the Declaration of Joe Lewis Luque.

8.   Attached hereto as Exhibit D is a true and correct copy of the Declaration of Paul Jenvey.

9.   Attached hereto as Exhibit E is a true and correct copy of the Declaration of Herman Richardson.

10.   Attached hereto as Exhibit F is a true and correct copy of the Declaration of Tom Norton.

11.   Attached hereto as Exhibit G is a true and correct copy of the Declaration of Lee Seronello.

12.   Attached hereto as Exhibit H is a true and correct copy of the Declaration of Isabel Jimenez.

13.   Attached hereto as Exhibit I is a true and correct copy of the Declaration of Tiffany Paddock.

14.   Attached hereto as Exhibit J is a true and correct copy of the Declaration of Todd Richardson.

15.   Attached hereto as Exhibit K is a true and correct copy of the Declaration of Simon Ramos.

16.   Attached hereto as Exhibit L is a true and correct copy of the Declaration of Roberta Stavert.

17.   Attached hereto as Exhibit M is a true and correct copy of the Declaration of Robert Park.

1  18. Attached hereto as Exhibit N is a true and correct copy of the Declaration of Patrick Cathcart.

19. Attached hereto as Exhibit O is a true and correct copy of the Declaration of Michelle Marie Kimball.

20. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Maureen Lujan.

21. Attached hereto as Exhibit Q is a true and correct copy of the Declaration of Vicki Harrison.

22. Attached hereto as Exhibit R is a true and correct copy of the Declaration of Eric Wong.

23. Attached hereto as Exhibit S is a true and correct copy of the Declaration of Fred Perez.

24. Attached hereto as Exhibit T is a true and correct copy of the Declaration of John Bradley.

25. Attached hereto as Exhibit U is a true and correct copy of a Day in the Life Model for AT&T/PacBell Field Managers.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: May 6, 2010
     New York, New York

                                                           /Jeremy Heisler/
                                                           Jeremy Heisler