# Exhibit B

# NOTICE OF COURT CERTIFICATION OF COLLECTIVE ACTION IN FEDERAL OVERTIME LAWSUIT AGAINST AT&T CORP. & PACIFIC BELL TELEPHONE CO.

*Joe Lewis Luque, et al. v. AT&T Corp. and Pacific Bell Telephone Co., et al.*
U.S. District Court for the Northern District of California

**TO:   ALL FIELD MANAGERS (LEVEL ONE MANAGERS WITH FIELD TECHNICIANS) EMPLOYED BY PACBELL AND/OR AT&T IN THE STATE OF CALIFORNIA FROM DECEMBER 2006 TO THE PRESENT.**

## I.   INTRODUCTION

You have received this Notice because AT&T/PacBell records indicate that you may be eligible to join a collective action lawsuit involving federal overtime wage laws, entitled *Luque et al. v. AT&T Corp. and Pacific Bell Telephone Co., et al.*, 3:09CV5885 (CRB) (the "Lawsuit").  The Lawsuit is filed in the U.S. District Court for the Northern District of California.

The Lawsuit alleges that AT&T/PacBell improperly denied Field Managers overtime wages as required by federal law (the Fair Labor Standards Act (FLSA)).  AT&T/PacBell contests all claims that have been asserted and denies any wrongdoing or liability.

The Court certified the Lawsuit to proceed as a "collective action" on behalf of all Field Managers who were employed by PacBell and/or AT&T in the State of California from December 2006 to the present.

## II.   YOUR RIGHT TO PARTICIPATE IN THE LAWSUIT

If you fit the Field Manager definition above, you may join the Lawsuit (that is, you may "opt-in") by completing and mailing the attached "Consent to Join" form to Plaintiffs' counsel at the following address:

| | |
|---|---|
| Steven L. Wittels, Esq. | Telephone: (646) 723-2947 |
| Jeremy Heisler, Esq. | Facsimile: (646) 723-2948 |
| **SANFORD, WITTELS & HEISLER, LLP** | swittels@nydclaw.com |
| 1350 Avenue of the Americas, 31st Floor | jheisler@nydclaw.com |
| New York, NY 10019 | |

**TO JOIN THE LAWSUIT, YOU <u>MUST</u> SIGN, DATE AND MAIL THE "CONSENT TO JOIN" FORM TO PLAINTIFFS' COUNSEL. IF THE FORM IS NOT TURNED IN, YOU <u>WILL NOT</u> BE A PART OF THIS LAWSUIT.**

Without sending the form, you are not automatically a party to this Lawsuit, nor are you required to become a party.

### III. EFFECT OF JOINING THIS LAWSUIT

If you choose to join this Lawsuit, you will be bound by the judgment or settlement, whether it is favorable or unfavorable. Further, you designate the collective action representatives as your agents to make binding decisions on your behalf concerning the litigation.

#### Counsel for Plaintiffs

If you choose to join this Lawsuit and agree to be represented by the named Plaintiffs through their attorneys, your counsel in this case will be Sanford Wittels & Heisler, LLP, Ram & Olson, LLP, and the Law Office of Edmond Clark.

Alternatively, you may join this Lawsuit and retain counsel of your own choosing at your own expense. If you wish to retain your own counsel, your attorney must file your "Consent to Join" form with the Court and enter an appearance.

### IV. IF YOU CHOOSE NOT TO JOIN THIS LAWSUIT

If you choose not to join the collective action, you will not be affected by any judgment rendered or settlement reached in this case. Further, you will be free to file your own lawsuit in any Federal District Court where such a lawsuit may properly be brought. You do not have to complete and mail the "Consent to Join" form if you do not wish to join this Lawsuit.

### V. NO RETALIATION IS PERMITTED

Federal law prohibits anyone from discriminating or retaliating against you for joining or deciding not to join in this lawsuit.

### VI. FURTHER INFORMATION

If you have questions about this Notice, or about the Lawsuit, you may contact Plaintiffs' counsel, Steven L. Wittels or Jeremy Heisler of Sanford Wittels & Heisler at the number and address listed on page 1.

***

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE JUDGE CHARLES R. BREYER. THE COURT HAS NOT YET EXPRESSED ANY OPINION ABOUT THE MERITS OF THE CLAIMS ASSERTED OR THE DEFENSES RAISED, AND YOU SHOULD NOT INTERPRET THE SENDING OF THIS NOTICE AS ANY INDICATION OF THE COURT'S OPINION OF THE ULTIMATE OUTCOME OF THIS CASE. PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK WITH QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

DATED: June ___, 2010

                                              Honorable Judge Charles R. Breyer

## CONSENT TO JOIN FORM
Consent to sue under the Fair Labor Standards Act (FLSA)

I work or worked for the Pacific Bell Telephone Co./AT&T Corp./AT&T in California at some point since (month/year) _____

in the position of (title) _____ .

I worked overtime hours for which I was not paid.

I consent to join the FLSA collective action entitled *Joe Lewis Luque et al. v. AT&T Corp. and Pacific Bell Telephone Co., et al.*, 3:09CV5885 (CRB), to recover unpaid overtime wages under the federal Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), and other relief under state law.

I choose to be represented in this matter by the named Plaintiffs and counsel (Sanford Wittels & Heisler, LLP, Ram & Olson, LLP, and the Law Office of Edmond Clark) in this action.

Name:_____

Address:_____
         Number/Street

_____
City                                    State                        Zip Code

Telephone:  (    )_____   Email: _____

Social Security Number:_____

Signature_____   Dated:_____, 2010

*Please return to:*

Steven L. Wittels, Esq.                    Telephone: (646) 723-2947
Jeremy Heisler, Esq.                       Facsimile: (646) 723-2948
SANFORD, WITTELS & HEISLER, LLP            swittels@nydclaw.com
1350 Avenue of the Americas, 31st Floor    jheisler@nydclaw.com
New York, NY 10019