1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

2

3   **JOE LEWIS LUQUE,** *et al.,*

4          **Plaintiffs,**

5   **v.**                                        **3:09CV5885 (CRB)**

6   **AT&T CORP.,** *et al.,*

7          **Defendants.**

8

9

10                         **[PROPOSED] ORDER**

11          Plaintiffs' Motion for Conditional Collective Action Certification and Issuance of Notice

12   to the Collective Action Class pursuant to § 216(b) of the FLSA is **GRANTED**.

13          It is hereby ORDERED:

14          1.   Plaintiffs' proposed FLSA collective class is approved.  The conditionally
                 certified collective action class is comprised of:

15

16               All Field Managers employed by PacBell and/or AT&T in the State of California
                 from December 2006 and thereafter.

17

18          2.   Plaintiffs' proposed Notice of Court Certification of Collective Action is
                 approved.  Plaintiffs are authorized to send the Notice to all members of the
19               certified collective class.

20          3.   Defendants shall immediately provide to Plaintiffs the names and contact
                 information of all members of this class.
21

22

23   IT IS SO ORDERED, this ___ day of June 2010.   _____

24                                                  Hon. Charles R. Breyer
                                                    U.S. District Judge
25

26

27

28