Thomas Marc Litton (SBN 119985)
tlitton@nydclaw.com
**SANFORD WITTELS & HEISLER, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone:  (415) 421-4774
Facsimile:  (415) 421-4784

Steven L. Wittels (*pro hac vice*)
swittels@nydclaw.com
Jeremy Heisler (*pro hac vice*)
jheisler@nydclaw.com
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

*Attorneys for Plaintiffs Joe Lewis Luque,*
*Herman Richardson, and the Plaintiff Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE LEWIS LUQUE,** *et al.,* | |
| **Plaintiffs,** | 3:09CV5885 (CRB) |
| v. | **STIPULATION AND [PROPOSED]** |
| | **ORDER RE DATE OF CASE** |
| **AT&T CORP.,** *et al.,* | **MANAGEMENT CONFERENCE** |
| **Defendants.** | |

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto through their attorneys of record, that subject to the Court's approval, the Case Management Conference (the "CMC") currently calendared for May 14, 2010 at 8:30 a.m. is rescheduled to June 25, 2010 at 10:00 a.m.  Plaintiffs' Motion for Conditional Collective Action Certification is also noticed to be heard by the Court on June 25th at 10:00 a.m.  (Doc. 35).

This change in the schedule is necessary because Lead Counsel for Plaintiffs, Steven L. Wittels, is also counsel in a gender discrimination class action trial currently ongoing in the U.S.

1  District Court for the Southern District of New York, *Velez v. Novartis* (1:04-cv-9194).
2  Although it was expected that the trial would be completed by the currently scheduled date of the
3  CMC, it now appears that the proceedings will continue.
4        The CMC has been rescheduled one previous time by stipulation of the parties and
5  endorsement by the Court.  A short postponement to June 25, 2010 will not affect the overall
6  schedule in the case as the parties will in the meantime continue with briefing on Plaintiffs'
7  collective action Motion and also proceed with discovery as outlined in the parties' Joint 26(f)
8  Report (Doc. 37).

10  DATED: May 12, 2010           SANFORD, WITTELS & HEISLER, LLP
                                  *Attorneys for Plaintiffs Joe Lewis Luque, Herman*
                                  *Richardson, and the Plaintiff Class*

13                                By:          /*Steven L. Wittels*/
                                              Steven L. Wittels

16  DATED: May 12, 2010           PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                  *Attorneys for Defendants AT&T Corp., Pacific Bell*
                                  *Telephone Co., and AT&T Communications of California,*
                                  *Inc.*

19                                By:          /*Jeffrey D. Wohl*/
                                              Jeffrey D. Wohl

22  PURSUANT TO STIPULATION, IT IS SO
23  ORDERED, this 13 day of May 2010.
                                              _____
                                              Hon. Charles R. Breyer
                                              U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer