1  (Counsel listed on next page)

2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DATE OF CASE MANAGEMENT CONFERENCE** |

1 | Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

2 | THOMAS MARC LITTON (Cal. State Bar No. 119985)
SANFORD WITTELS & HEISLER, LLP
3 | 555 Montgomery Street, Suite 820
San Francisco, California  94111
4 | Telephone:  (415) 421-4774
tlitton@nydclaw.com

5

6 | STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
DAVID W. SANFORD (N.Y. State Bar No. 457933)
ANDREW MELZER (N.Y. State Bar No. 4270682)
7 | STANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
8 | New York, New York  10022
Telephone:  (646) 723-2947
9 | Facsimile:  (646) 723-2948
swittels@nydclaw.com
10 | dsanford@nydclaw.com
amelzer@nydclaw.com

11

12 | MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
13 | 555 Montgomery Street, Suite 820
San Francisco, California  94111
14 | Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
15 | mram@ramolson.com
kolson@ramolson.com

16

17 | EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
18 | Madison, Connecticut  06443
Telephone:  (203) 245-4602
19 | Facsimile:  (203) 245-9734
Eclarkmadisonlaw@aol.com

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 65033831.1

STIP. AND ORDER RE: CMC DATE
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

| | |
|---|---|
| 1 | Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.: |
| 2 | |
| 3 | J. AL LATHAM, JR. (Cal. State Bar No. 071605)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | 515 South Flower Street, 25th Floor<br>Los Angeles, California  90071 |
| 5 | Telephone: (213) 683-6000<br>Facsimile:  (213) 627-0705 |
| 6 | allatham@paulhastings.com |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 096838)<br>JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073) |
| 8 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor |
| 9 | San Francisco, California  94105-3441<br>Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100<br>jeffwohl@paulhastings.com |
| 11 | jeffmichalowski@paulhastings.com |
| 12 | WILLIAM CORY BARKER (Georgia State Bar No. 037727)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 13 | 600 Peachtree Street, N.E., 24th Floor<br>Atlanta, Georgia  30308 |
| 14 | Telephone:  (404) 815-2400<br>Facsimile:  (404) 815-2424 |
| 15 | corybarker@paulhastings.com |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION**

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc., acting through their counsel of record, hereby stipulate as follows:

1. The case management conference in this action currently is scheduled for June 25, 2010, at 10:00 a.m.

2. On the parties' stipulation, the Court has continued the hearing on plaintiffs' motion for conditional certification to August 27, 2010, to permit pre-conditional certification discovery.

3. Accordingly, the parties believe it would serve the interest of convenience and judicial economy if the case management conference were continued. The parties, however, do not agree on the new date for the conference:

   a. Plaintiffs propose that the case management conference be continued to August 27, 2010, the same date as the hearing on their motion for conditional certification. Since the parties will already be before the Court, an August 27 case management conference will be an opportune time to set a plan for discovery in this case. Discovery should continue between the hearing and the Court's decision on plaintiffs' conditional certification motion. A case management conference will materially aid in moving this matter forward during this period.

   b. Defendants propose that the case management conference be continued to a date at least 30 days after the Court rules on plaintiffs' motion for conditional certification, with a supplemented case management statement (as appropriate) filed one week before the conference. Defendants propose this new date because until the Court has ruled on conditional certification, the parties will not know the scope of the case, and therefore continuing the conference to August 27 will not materially aid in the planning process.

4. The case management conference has been rescheduled two previous times by stipulation of the parties and endorsement by the Court. However, a further postponement will not affect the overall schedule in the case as the parties will proceed with pre-certification discovery and continue

LEGAL_US_W # 65033831.1
LEGAL_US_W # 65033831.3

STIP. AND ORDER RE: CMC DATE
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JSC)

1  briefing on plaintiffs' motion in advance of the August 27 hearing.

2  Dated:  June 24, 2010.        THOMAS MARC LITTON
                                 STEVEN L. WITTELS
3                                DAVID W. SANFORD
                                 ANDREW MELZER
4                                SANFORD WITTELS & HEISLER, LLP

5                                MICHAEL RAM
                                 KARL OLSON
6                                RAM & OLSON LLP

7                                EDMOND CLARK
                                 LAW OFFICE OF EDMOND CLARK
8

9                                By:  ___/s/ Steven L. Wittels_____
                                         Steven L. Wittels
10                                       Attorneys for Plaintiffs
                                         Joe Lewis Luque and Herman Richardson
11

12  Dated:  June 24, 2010.        J. AL LATHAM, JR.
                                 JEFFREY D. WOHL
13                               JEFFREY P. MICHALOWSKI
                                 WILLIAM CORY BARKER
14                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

15
                                 By:  ___/s/ Jeffrey D. Woh/_____
16                                       Jeffrey D. Wohl
                                         Attorneys for Defendants
17                                       AT&T Corp., Pacific Bell Telephone Company, and
                                         AT&T Communications of California, Inc.
18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2 On the stipulation of the parties, and good cause appearing therefor,

3 IT IS ORDERED that case management conference currently scheduled for June 25, 2010, will
4 be continued to:

5 ☒ August 27, 2010, at 10:00 a.m.

6 ☐ a date to be set by the Court that is at least 30 days after the Court rules on plaintiffs'
7 motion for conditional certification, with a supplemented case management statement (as
8 appropriate) filed one week before the conference.

9 Dated: June 25, 2010.

_____
Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)