1  (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DATE OF HEARING ON MOTION FOR CONDITIONAL CERTIFICATION AND CASE MANAGEMENT CONFERENCE** |

1  Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

2  THOMAS MARC LITTON (Cal. State Bar No. 119985)
SANFORD WITTELS & HEISLER, LLP
3  555 Montgomery Street, Suite 820
San Francisco, California 94111
4  Telephone: (415) 421-4774
tlitton@nydclaw.com
5
STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
6  DAVID W. SANFORD (N.Y. State Bar No. 457933)
ANDREW MELZER (N.Y. State Bar No. 4270682)
7  STANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
8  New York, New York 10022
Telephone: (646) 723-2947
9  Facsimile: (646) 723-2948
swittels@nydclaw.com
10  dsanford@nydclaw.com
amelzer@nydclaw.com
11
MICHAEL RAM (Cal. State Bar No. 104805)
12  KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
13  555 Montgomery Street, Suite 820
San Francisco, California 94111
14  Telephone: (415) 433-4949
Facsimile: (415) 433-7311
15  mram@ramolson.com
kolson@ramolson.com
16
EDMOND CLARK (Conn. State Bar No. 418915)
17  LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
18  Madison, Connecticut 06443
Telephone: (203) 245-4602
19  Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com
20

21

22

23

24

25

26

27

28

Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071
Telephone: (213) 683-6000
Facsimile:  (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia  30308
Telephone:  (404) 815-2400
Facsimile:  (404) 815-2424
corybarker@paulhastings.com

**STIPULATION**

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc., acting through their counsel of record, hereby stipulate as follows:

1. The hearing on plaintiffs' motion for conditional certification is set for August 27, 2010. The case management conference in this action currently is scheduled for that same date.

2. On the parties' stipulation, the Court continued the hearing on plaintiffs' motion for conditional certification from June 25, 2010 to August 27, 2010, to permit pre-conditional certification discovery. The parties have been diligently conducting discovery but have been unable to complete depositions by the agreed-upon date of July 20, 2010, so that the deposition testimony may be incorporated into defendants' opposition brief, which is currently due on July 30, 2010.

3. Accordingly, the parties believe it would serve the interests of convenience and judicial economy if the hearing on the motion for conditional certification and the case management conference were continued until September 24, 2010. Defendants' deadline for filing an opposition to plaintiffs' motion will be August 27, 2010, and plaintiffs' reply will be due on September 10, 2010. The parties will complete the depositions previously ordered by this Court by August 20, 2010, so that the deposition testimony may be relied upon by defendants in their opposition brief.

4. A further postponement of the hearing on plaintiffs' motion for conditional certification and the case management conference will not affect the overall schedule in the case as the parties will proceed with pre-certification discovery and continue briefing on plaintiffs' motion in advance of the September 24 hearing.

///
///
///
///
///
///
///
///

1  Dated: July 20, 2010.         THOMAS MARC LITTON
2                                STEVEN L. WITTELS
                                 DAVID W. SANFORD
3                                ANDREW MELZER
                                 SANFORD WITTELS & HEISLER, LLP
4
                                 MICHAEL RAM
5                                KARL OLSON
                                 RAM & OLSON LLP
6
                                 EDMOND CLARK
7                                LAW OFFICE OF EDMOND CLARK

8                                By:    /s/ Steven L. Wittels
9                                           Steven L. Wittels
                                          Attorneys for Plaintiffs
10                                 Joe Lewis Luque and Herman Richardson

11 Dated: July 20, 2010.         J. AL LATHAM, JR.
                                 JEFFREY D. WOHL
12                               JEFFREY P. MICHALOWSKI
                                 WILLIAM CORY BARKER
13                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

14
                                 By:    /s/ Jeffrey D. Wohl/
15                                          Jeffrey D. Wohl
                                          Attorneys for Defendants
16                        AT&T Corp., Pacific Bell Telephone Company, and
                              AT&T Communications of California, Inc.

Dated: July 20, 2010.

THOMAS MARC LITTON
STEVEN L. WITTELS
DAVID W. SANFORD
ANDREW MELZER
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM & OLSON LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By: */s/ Steven L. Wittels*
Steven L. Wittels
Attorneys for Plaintiffs
Joe Lewis Luque and Herman Richardson

Dated: July 20, 2010.

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: */s/ Jeffrey D. Wohl/*
Jeffrey D. Wohl
Attorneys for Defendants
AT&T Corp., Pacific Bell Telephone Company, and
AT&T Communications of California, Inc.


## **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that hearing on plaintiffs' motion for conditional certification and the case management conference currently scheduled for August 27, 2010, will be continued to September 24, 2010. Defendants' deadline for filing an opposition to plaintiffs' motion will be August 27, 2010, and plaintiffs' reply will be due on September 10, 2010. The parties will complete the depositions previously ordered by this Court by August 20, 2010.

Dated: July <u>20</u>, 2010.



_____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer