(Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB (JCS)<br><br>**STIPULATION TO ENLARGE PAGE LIMITATION FOR OPPOSITION AND REPLY BRIEFS ON MOTION FOR CONDITIONAL CERTIFICATION** |

1    Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

2    THOMAS MARC LITTON (Cal. State Bar No. 119985)
     SANFORD WITTELS & HEISLER, LLP
3    555 Montgomery Street, Suite 820
     San Francisco, California  94111
4    Telephone:  (415) 421-4774
     tlitton@nydclaw.com
5
     STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
6    DAVID W. SANFORD (N.Y. State Bar No. 457933)
     ANDREW MELZER (N.Y. State Bar No. 4270682)
7    STANFORD WITTELS & HEISLER, LLP
     1350 Avenue of the Americas, 31st Floor
8    New York, New York  10022
     Telephone:  (646) 723-2947
9    Facsimile:  (646) 723-2948
     swittels@nydclaw.com
10   dsanford@nydclaw.com
     amelzer@nydclaw.com
11
     MICHAEL RAM (Cal. State Bar No. 104805)
12   KARL OLSON (Cal. State Bar No. 104760)
     RAM & OLSON LLP
13   555 Montgomery Street, Suite 820
     San Francisco, California  94111
14   Telephone:  (415) 433-4949
     Facsimile:  (415) 433-7311
15   mram@ramolson.com
     kolson@ramolson.com
16
     EDMOND CLARK (Conn. State Bar No. 418915)
17   LAW OFFICE OF EDMOND CLARK
     83 Scotland Avenue
18   Madison, Connecticut  06443
     Telephone:  (203) 245-4602
19   Facsimile:  (203) 245-9734
     Eclarkmadisonlaw@aol.com
20

21

22

23

24

25

26

27

28

STIPULATION TO ENLARGE PAGE LIMITATION
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

1  Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and
   AT&T Communications of California, Inc.:

2

3  J. AL LATHAM, JR. (Cal. State Bar No. 071605)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor

4  Los Angeles, California  90071
   Telephone: (213) 683-6000

5  Facsimile:  (213) 627-0705
   allatham@paulhastings.com

6

7  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP

8  55 Second Street, 24th Floor
   San Francisco, California  94105-3441

9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100

10 jeffwohl@paulhastings.com
   jeffmichalowski@paulhastings.com

11

12 WILLIAM CORY BARKER (Georgia State Bar No. 037727)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
   600 Peachtree Street, N.E., 24th Floor

13 Atlanta, Georgia  30308
   Telephone:  (404) 815-2400

14 Facsimile:  (404) 815-2424
   corybarker@paulhastings.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ENLARGE PAGE LIMITATION
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

1    Pursuant to this Court's Local Rule 7-4(b), plaintiffs Joe Lewis Luque and Herman Richardson

2 and defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of

3 California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

4    1.    Plaintiffs have pending a motion for conditional certification under the Fair Labor

5 Standards Act which will be heard by the Court on September 24, 2010.  Defendants' opposition to the

6 motion is due on August 27, 2010, and plaintiffs' reply is due on September 10, 2010.  (*See* Docket

7 No. 68.)

8    2.    Due to the volume of evidence (including depositions that defendants have taken of

9 plaintiffs and opt-ins) and related legal arguments that defendants wish to present in opposition to

10 plaintiffs' motion, defendants have requested that they be allowed to file a memorandum in opposition

11 to the motion that is 35 pages long (*i.e.*, ten pages longer than otherwise permitted by this Court's Local

12 Rule 7-4(b).

13    3.    Plaintiffs have agreed to this extension, provided that they be allowed to file a reply brief

14 that is 25 pages long (*i.e.*, ten pages longer than otherwise permitted by Local Rule 7-4(b)).  Defendants

15 have agreed to this extension.

16    4.    Based on the foregoing, the parties believe there is good cause for the Court to enlarge

17 the page limitations for defendants' opposition memorandum and plaintiffs' reply memorandum as so

18 stipulated.

19    Dated:  August 18, 2010.        THOMAS MARC LITTON
20                                       STEVEN L. WITTELS
                                       DAVID W. SANFORD
21                                       ANDREW MELZER
                                       SANFORD WITTELS & HEISLER, LLP

22                                       MICHAEL RAM
                                       KARL OLSON
23                                       RAM & OLSON LLP

24                                       EDMOND CLARK
                                       LAW OFFICE OF EDMOND CLARK
25

26                              By:   /s/ Steven L. Wittels_____
27                                     Steven L. Wittels
                                     Attorneys for Plaintiffs
28                                  Joe Lewis Luque and Herman Richardson

Dated:  August 18, 2010.

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   ___/s/ William C. Barker_____
William Cory Barker
Attorneys for Defendants
AT&T Corp., Pacific Bell Telephone Company, and
AT&T Communications of California, Inc.

Signed:  August 19, 2010

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION TO ENLARGE PAGE LIMITATION
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)