1  (Counsel listed on following pages)

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

6  **JOE LEWIS LUQUE,** *et al.,*

7       **Plaintiffs,**                                     3:09CV5885 (CRB)

8

9  **v.**                                                  **STIPULATION TO ENLARGE PAGE LIMITATION FOR**

10 **AT&T CORP.,** *et al.,*                               **PLAINTIFFS' REPLY MEMORANDUM OF LAW IN**

11      **Defendants.**                                    **SUPPORT OF MOTION FOR CONDITIONAL COLLECTIVE**

12                                                         **ACTION CERTIFICATION AND**

13                                                         **ISSUANCE OF NOTICE TO THE COLLECTIVE ACTION CLASS**

14

Counsel for Plaintiffs Joe Lewis Luque, Herman Richardson, and the Plaintiff Class:

THOMAS MARC LITTON (Cal. State Bar No. 119985)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 421-4774
tlitton@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
DAVID W. SANFORD (N.Y. State Bar No. 457933)
ANDREW MELZER (N.Y. State Bar No. 4270682)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com
dsanford@swhlegal.com
amelzer@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@ramolson.com
kolson@ramolson.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

1  Pursuant to this Court's Local Rule 7-4(b), Plaintiffs Joe Lewis Luque, Herman Richardson, the Plaintiff class and Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. Plaintiffs' Reply Memorandum in support of their Motion for Conditional Collective Action Certification and Issuance of Notice to the Collective Action Class is due October 15, 2010.
2. Due the volume of evidence in the AT&T Defendants' opposition to Plaintiffs' motion, Plaintiffs have requested that they be allowed to file a memorandum in support of their motion that is 30 pages long (i.e. 5 pages longer than the parties' previous so-ordered stipulation, filed prior to filing of defendants' opposition).
3. Defendants have agreed to this extension.
4. Based on the foregoing, the parties believe there is good cause for the Court to enlarge the page limitations for Plaintiffs' Reply Memorandum in support of their Motion for Conditional Collective Action Certification and Issuance of Notice to the Collective Action Class.

DATED: October 13, 2010      SANFORD WITTELS & HEISLER, LLP

By:      /*Steven L. Wittels*/
      Steven L. Wittels

*Attorneys for Plaintiffs Joe Lewis Luque, Herman Richardson, and the Plaintiff Class*

DATED: October 13, 2010      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:      /*Jeffrey D. Wohl*/
      Jeffrey D. Wohl

1                                  *Attorneys for Defendants AT&T Corp., Pacific Bell Telephone Co., and AT&T Communications of California, Inc.*

5 PURSUANT TO STIPULATION, IT IS SO
6 ORDERED, this  14  day of October 2010.

7                                       Hon. Charles R. Breyer

