1  (Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. C-09-5885-CRB (JCS)<br><br>[~~PROPOSED~~] **SCHEDULING ORDER** |

1  Counsel for Plaintiff Joe Lewis Luque and Herman Richardson:

2  JANETTE WIPPER (Cal. State Bar No. 275264)
   SANFORD WITTELS & HEISLER, LLP
3  555 Montgomery Street, Suite 1206
   San Francisco, California  94111
4  Telephone:  (415) 391-6900
   Facsimile:  (415) 391-6901
5  jwipper@swhlegal.com

6  STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
   JEREMIAH FREI-PEARSON (N.Y. State Bar No. 4232922)
7  STANFORD WITTELS & HEISLER, LLP
   1350 Avenue of the Americas, 31st Floor
8  New York, New York  10022
   Telephone:  (646) 723-2947
9  Facsimile:  (646) 723-2948
   swittels@swhlegal.com
10 jrfrei@swhlegal.com

11 MICHAEL RAM (Cal. State Bar No. 104805)
   KARL OLSON (Cal. State Bar No. 104760)
12 RAM & OLSON LLP
   555 Montgomery Street, Suite 820
13 San Francisco, California  94111
   Telephone:  (415) 433-4949
14 Facsimile:  (415) 433-7311
   mram@ramolson.com
15 kolson@ramolson.com

16 EDMOND CLARK (Conn. State Bar No. 418915)
   LAW OFFICE OF EDMOND CLARK
17 83 Scotland Avenue
   Madison, Connecticut  06443
18 Telephone:  (203) 245-4602
   Facsimile:  (203) 245-9734
19 Eclarkmadisonlaw@aol.com

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 68145731.1

SCHEDULING ORDER
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

| | |
|---|---|
| 1 | Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.: |
| 2 | |
| 3 | J. AL LATHAM, JR. (Cal. State Bar No. 071605)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | 515 South Flower Street, 25th Floor<br>Los Angeles, California  90071 |
| 5 | Telephone: (213) 683-6000<br>Facsimile:  (213) 627-0705 |
| 6 | allatham@paulhastings.com |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 096838)<br>JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073) |
| 8 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor |
| 9 | San Francisco, California  94105-3441<br>Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100<br>jeffwohl@paulhastings.com |
| 11 | jeffmichalowski@paulhastings.com |
| 12 | WILLIAM CORY BARKER (Georgia State Bar No. 037727)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 13 | 600 Peachtree Street, N.E., 24th Floor<br>Atlanta, Georgia  30308 |
| 14 | Telephone:  (404) 815-2400<br>Facsimile:  (404) 815-2424 |
| 15 | corybarker@paulhastings.com |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Court's Order Granting Motion for Conditional Collective Action Certification (Docket No. 122) be and hereby is modified, and that the following is adopted as the Court's scheduling order in this action:

1. Non-expert fact discovery to be concluded by October 3, 2011.

2. Plaintiffs' expert disclosures to be completed by October 24, 2011.

3. Defendants' expert disclosures to be completed by November 21, 2011.

4. Expert rebuttal reports to be submitted by December 9, 2011.

5. Expert discovery to be concluded by December 20, 2011.

6. Plaintiffs' motion for class certification under Rule 23, Federal Rules of Civil Procedure, to be filed by January 17, 2012.

7. Defendants' opposition to plaintiffs' motion for class certification to be filed by February 14, 2012.

8. Plaintiffs' reply brief in support of their motion for class certification to be filed by March 12, 2012.

9. A further scheduling conference to be set by the Court for a date that is at least 30 days after the Court rules on plaintiffs' motion for class certification.

Dated: May _27_, 2011.



_____
Charles R. Breyer
United States District Judge