1    (Counsel listed on following pages)

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10   JOE LEWIS LUQUE AND HERMAN              No. 3:09CV5885 (CRB)(JCS)
     RICHARDSON, Individually and On Behalf
11   of All Others Similarly Situated,

12                 Plaintiffs,              [PROPOSED] AMENDED SCHEDULING
                                           ORDER
13          v.

14   AT&T CORP., PACIFIC BELL
     TELEPHONE CO. d/b/a AT&T
15   CALIFORNIA, AND AT&T
     COMMUNICATIONS OF CALIFORNIA,
16   INC.,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

Case No. 3:09CV5885 (CRB)(JCS) – [PROPOSED] AMENDED SCHEDULING ORDER                    1

1 | Counsel for Plaintiffs:

2 | JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP

3 | 555 Montgomery Street, Suite 1206
San Francisco, California 94111

4 | Telephone: (415) 391-6900
Facsimile: (415) 391-6901

5 | jwipper@swhlegal.com

6 | STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP

7 | 1350 Avenue of the Americas, 31st Floor
New York, New York 10022

8 | Telephone: (646) 723-2947
Facsimile: (646) 723-2948

9 | swittels@swhlegal.com

10 | MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)

11 | RAM & OLSON LLP
555 Montgomery Street, Suite 820

12 | San Francisco, California 94111
Telephone: (415) 433-4949

13 | Facsimile: (415) 433-7311
mram@ramolson.com

14 | kolson@ramolson.com

15 | EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK

16 | 83 Scotland Avenue
Madison, Connecticut 06443

17 | Telephone: (203) 245-4602
Facsimile: (203) 245-9734

18 | Eclarkmadisonlaw@aol.com

19

20

21

22

23

24

25

26

27

28

1  Counsel for Defendants:

2  J. AL LATHAM, JR. (Cal. State Bar No. 071605)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street, 25th Floor
   Los Angeles, California 90071
4  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
5  allatham@paulhastings.com

6  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
8  San Francisco, California 94105-3441
   Telephone: (415) 856-7000
9  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
10 jeffmichalowski@paulhastings.com

11 WILLIAM CORY BARKER (Georgia State Bar No. 037727)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
12 600 Peachtree Street, N.E., 24th Floor
   Atlanta, Georgia 30308
13 Telephone: (404) 815-2400
   Facsimile: (404) 815-2424
14 corybarker@paulhastings.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:09CV5885 (CRB)(JCS) – [PROPOSED] AMENDED SCHEDULING ORDER                    3

1    On the stipulation of the parties, and good cause appearing therefor,

2    IT IS ORDERED that the Court's Scheduling Order (Docket No. 147) is hereby amended,

3    and that the following is adopted as the Court's scheduling order in this action:

4        1.  Production of time-stamped electronic data responsive to discovery requests to be

5            completed by November 21, 2011.

6        2.  Plaintiffs' expert disclosures to be completed by December 21, 2011

7        3.  Defendants' expert disclosures to be completed by January 18, 2012

8        4.  Expert rebuttal reports to be completed by February 6, 2012

9        5.  Non-expert class certification fact discovery and expert discovery to be concluded by

10           February 16, 2012.

11       6.  Plaintiffs' motion for class certification under Rule 23 of the Federal Rules of Civil

12           Procedure to be filed by March 15, 2012

13       7.  Defendants' opposition to plaintiffs' motion for class certification to be filed by April

14           12, 2012.

15       8.  Plaintiffs' reply brief in support of their motion for class certification to be filed by

16           May 9, 2012.

17       9.  A further scheduling conference to be set by the Court for a date that is at least 30

18           days after the Court rules on plaintiffs' motion for class certification.

19

20             October 4
     Dated: ~~September~~ ____, 2011

21

22             Charles R. Breyer
          United States District J____

23

24

25

26

27

28

