Janette Wipper
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: 415-391-6901
Facsimile:  415-391-6901
jwipper@swhlegal.com

*Attorney for Plaintiffs Joe Lewis Luque,
Herman Richardson, and the Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | **3:09CV5885 (CRB)(JCS)**<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**Hon. Charles R. Breyer** |

1    For good cause, IT IS ORDERED that Miriam R. Lederer is granted permission, under Local
2    Rule 11-3(b), to apply to appear *pro hac vice*, in this action only.

5    Dated: Dec. 20, 2011



IT IS SO ORDERED
Judge Charles R. Breyer

Case No. 3:09CV5885 (CRB)(JCS) – [PROPOSED] ORDER

2