1  (Counsel listed on following pages)

2

3

4

5

6

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated | No. C-09-5885-CRB (JCS) |
|---|---|---|
| 13 | | **STIPULATION AND [~~PROPOSED~~] ORDER COMPELLING DEPOSITIONS, DISCOVERY, AND/OR PRODUCTION OF DOCUMENTS BY OPT-IN PLAINTIFFS FELICIA BENKOSKY, JOSE MARTIN DEL CAMPO, RAYMOND KOOB, BOBBY PARRISH, JOHN SANTILLAN, AND ROBERT TORRES** |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC., | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27

28

1 | Counsel for Plaintiffs Joe Lewis Luque and Herman Richardson:

2 | JANETTE WIPPER (Cal. State Bar No. 275264)
CHAYA MANDELBAUM (Cal. State Bar No. 239084)
3 | SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
4 | San Francisco, California 94111
Telephone: (415) 391-6900
5 | Facsimile: (415) 391-6901
jwipper@swhlegal.com
6 | cmandelbaum@swhlegal.com

7 | STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP
8 | 1350 Avenue of the Americas, 31st Floor
New York, New York 10022
9 | Telephone: (646) 723-2947
Facsimile: (646) 723-2948
10 | swittels@swhlegal.com

11 | MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
12 | RAM & OLSON LLP
555 Montgomery Street, Suite 820
13 | San Francisco, California 94111
Telephone: (415) 433-4949
14 | Facsimile: (415) 433-7311
mram@ramolson.com
15 | kolson@ramolson.com

16 | EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
17 | 83 Scotland Avenue
Madison, Connecticut 06443
18 | Telephone: (203) 245-4602
Facsimile: (203) 245-9734
19 | Eclarkmadisonlaw@aol.com

20

21

22

23

24

25

26

27

28

Counsel for Defendants AT&T Corp., Pacific Bell Telephone Company, and AT&T Communications of California, Inc.:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071
Telephone: (213) 683-6000
Facsimile:  (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia  30308
Telephone:  (404) 815-2400
Facsimile:  (404) 815-2424
corybarker@paulhastings.com

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. Since July and August 2011, Defendants have sought written discovery from and/or requested deposition dates from opt-in plaintiffs Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres. These opt-in plaintiffs have failed to complete the requested discovery and/or failed to provide dates for depositions.

2. Per the Court's October 4, 2011 Amended Scheduling Order (Docket No. 151), the deadline for completion of non-expert class certification fact discovery is February 16, 2012, less than two months away.

3. Counsel for the parties have met in person and conferred in good faith regarding the depositions, discovery responses, and production of documents by Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres, and hereby stipulate to the following compromise:

   a. Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres shall appear for and complete their depositions no later than February 16, 2012;

   b. Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres shall provide written discovery responses and produce responsive documents, if any, no later than two weeks prior to their depositions.

4. The parties respectfully request, in the Proposed Order filed herewith, that the Court enter an Order compelling compliance with paragraph 3, sub-parts (a) and (b), immediately above.

5. Should Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, or Robert Torres fail to provide discovery responses, produce responsive documents, and appear for and complete depositions no later than February 16, 2012, Defendants reserve the right to seek further relief from the Court. Plaintiffs reserve the right to oppose any such requests for further relief.

6. Nothing in this stipulation will prohibit the parties from seeking an extension of deadlines on other grounds, if appropriate.

It is so stipulated.

Dated: January 9, 2012.

JANETTE WIPPER
STEVEN L. WITTELS
CHAYA MANDELBAUM
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM & OLSON LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK


By: _____s/Janette Wipper_____
Janette Wipper
Attorneys for Plaintiffs
Joe Lewis Luque and Herman Richardson

Dated: January 9, 2012.

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL HASTINGS LLP


By: _____s/William C. Barker_____
William C. Barker
Attorneys for Defendants
AT&T Corp., Pacific Bell Telephone Company, and
AT&T Communications of California, Inc.

1

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that:

  a. Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres shall appear for and complete their depositions no later than February 16, 2012;

  b. Felicia Benkosky, Jose Martin del Campo, Raymond Koob, Bobby Parrish, John Santillan, and Robert Torres shall provide written discovery responses and produce responsive documents, if any, no later than two weeks prior to their depositions.

Dated: January 10, 2012.

_____
Judge Joseph C. Spero
United States Magistrate Judge