1  (Counsel listed on following pages)
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. 3:09CV5885 (CRB)(JCS)<br><br>[~~PROPOSED~~] **AMENDED SCHEDULING ORDER** |

| | |
|---|---|
| 1 | Counsel for Plaintiffs: |
| 2 | JANETTE WIPPER (Cal. State Bar No. 275264)<br>SANFORD WITTELS & HEISLER, LLP |
| 3 | 555 Montgomery Street, Suite 1206<br>San Francisco, California 94111 |
| 4 | Telephone: (415) 391-6900<br>Facsimile: (415) 391-6901 |
| 5 | jwipper@swhlegal.com |
| 6 | STEVEN L. WITTELS (N.Y. State Bar No. 2004635)<br>SANFORD WITTELS & HEISLER, LLP |
| 7 | 1350 Avenue of the Americas, 31st Floor<br>New York, New York 10022 |
| 8 | Telephone: (646) 723-2947<br>Facsimile: (646) 723-2948 |
| 9 | swittels@swhlegal.com |
| 10 | MICHAEL RAM (Cal. State Bar No. 104805)<br>KARL OLSON (Cal. State Bar No. 104760) |
| 11 | RAM & OLSON LLP<br>555 Montgomery Street, Suite 820 |
| 12 | San Francisco, California 94111<br>Telephone: (415) 433-4949 |
| 13 | Facsimile: (415) 433-7311<br>mram@ramolson.com |
| 14 | kolson@ramolson.com |
| 15 | EDMOND CLARK (Conn. State Bar No. 418915)<br>LAW OFFICE OF EDMOND CLARK |
| 16 | 83 Scotland Avenue<br>Madison, Connecticut 06443 |
| 17 | Telephone: (203) 245-4602<br>Facsimile: (203) 245-9734 |
| 18 | Eclarkmadisonlaw@aol.com |

Case No. 3:09CV5885 (CRB)(JCS) – [SCHEDULING ORDER]
LEGAL_US_W # 70212905.1

| | |
|---|---|
| 1 | Counsel for Defendants: |
| 2 | J. AL LATHAM, JR. (Cal. State Bar No. 071605)<br>PAUL HASTINGS LLP |
| 3 | 515 South Flower Street, 25th Floor<br>Los Angeles, California 90071 |
| 4 | Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705 |
| 5 | allatham@paulhastings.com |
| 6 | JEFFREY D. WOHL (Cal. State Bar No. 096838)<br>JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073) |
| 7 | PAUL HASTINGS LLP<br>55 Second Street, 24th Floor |
| 8 | San Francisco, California 94105-3441<br>Telephone: (415) 856-7000 |
| 9 | Facsimile: (415) 856-7100<br>jeffwohl@paulhastings.com |
| 10 | jeffmichalowski@paulhastings.com |
| 11 | WILLIAM CORY BARKER (Georgia State Bar No. 037727)<br>PAUL HASTINGS LLP |
| 12 | 600 Peachtree Street, N.E., 24th Floor<br>Atlanta, Georgia 30308 |
| 13 | Telephone: (404) 815-2400<br>Facsimile: (404) 815-2424 |
| 14 | corybarker@paulhastings.com |

1    On the stipulation of the parties, and good cause appearing therefor,

2    IT IS ORDERED that the Court's Amended Scheduling Order (Docket No. 151) be and hereby is modified, and that the following is adopted as the Court's scheduling order in this action:

   1. Expert rebuttal reports to be completed by February 6, 2012.
   2. Non-expert class certification fact discovery and expert discovery to be concluded by April 6, 2012.
   3. Plaintiffs' motion for class certification under Rule 23 of the Federal Rules of Civil Procedure to be filed by May 4, 2012.
   4. Defendants' opposition to plaintiffs' motion for class certification to be filed by June 1, 2012.
   5. Plaintiffs' reply brief in support of their motion for class certification to be filed by June 29, 2012.
   6. A further scheduling conference to be set by the Court for a date that is at least 30 days after the Court rules on plaintiffs' motion for class certification.

Dated: January __30, 2012



_____
Honorable Charles R. Breyer
United States District Judge

Case No. 3:09CV5885 (CRB)(JCS) – [SCHEDULING ORDER]                         4
LEGAL_US_W # 70212905.1