1 (Counsel listed on following pages)

2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf 12  of All Others Similarly Situated, | No. 3:09CV5885 (CRB)(JCS) |
| 13          Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE OPT-IN PLAINTIFFS' FAIR LABOR STANDARDS ACT CLAIMS** |
| 14      v. | |
| 15  AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T 16  CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, 17  INC., | |
| 18          Defendants. | |

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 391-6900
Facsimile: (415) 391-6901
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@ramolson.com
kolson@ramolson.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

1 | Counsel for Defendants:

2 | J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
3 | 515 South Flower Street, 25th Floor
Los Angeles, California 90071
4 | Telephone: (213) 683-6000
Facsimile: (213) 627-0705
5 | allatham@paulhastings.com

6 | JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
7 | PAUL HASTINGS LLP
55 Second Street, 24th Floor
8 | San Francisco, California 94105-3441
Telephone: (415) 856-7000
9 | Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
10 | jeffmichalowski@paulhastings.com

11 | WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
12 | 600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
13 | Telephone: (404) 815-2400
Facsimile: (404) 815-2424
14 | corybarker@paulhastings.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 70606016.7

1   Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell
2 Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting
3 through their respective counsel of record, hereby stipulate as follows:

4   1.   Pursuant to the Court's November 19, 2010 Order, on January 3, 2011 defendants
5 provided plaintiffs with a list of the names and contact information of individuals who worked in
6 the positions covered by the conditionally certified class during the alleged liability period. The
7 individuals on the list were sent the Court approved Notice and Consent to Join form.

8   2.   On August 12, 2011, defendants notified plaintiffs that forty one individuals who
9 had opted-in to the lawsuit did not have timely Fair Labor Standards Act claims because, based
10 on defendants' employment records, they had not opted into the case within three years, five
11 months and fifteen days of the last date they worked in a position covered by the putative class.

12   3.   Plaintiffs have undertaken efforts to verify the last dates of employment with all of
13 the individuals and have been able to personally contact and confirm with thirty seven of the
14 forty one individuals that dates reflected in defendants' employment records are accurate.
15 Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate and agree that the Fair Labor Standards Act
16 claims of the following opt-in plaintiffs shall be dismissed with prejudice:

| FIRST NAME | LAST NAME | JOB TITLE | LAST DATE IN COVERED POSITION |
|---|---|---|---|
| **Barry** | **Bingham** | Manager Network Services | 1/5/2007 |
| **Michael** | **Bohanna** | Manager Network Services | 7/15/2007 |
| **Jules** | **Caldeira** | Manager Network Services | 1/31/2007 |
| **Michael** | **Camarena** | Manager Construction & Engineering | 4/30/2007 |
| **Irl** | **Cruz** | Manager Construction & Engineering | 8/15/2007 |

| First Name | Last Name | Title | Date |
|---|---|---|---|
| **Bruce** | **Dudley** | Manager Network Services | 1/31/2007 |
| **Michael** | **Earhart** | Manager Network Services | 2/25/2006 |
| **Ernest** | **Estacio** | Manager Network Services | 4/30/2007 |
| **Chris J.** | **Feliz** | Manager Network Services | 5/30/2007 |
| **Mark** | **Fitzgerald** | Manager Network Services | 4/13/2007 |
| **Joseph** | **Garcia** | Manager Construction & Engineering | 7/15/2007 |
| **David** | **Goldwater** | Manager Network Services | 3/15/2007 |
| **Robert** | **Hallett** | Manager Network Services | 6/15/2007 |
| **Robert** | **Hamilton** | Manager Network Services | 3/19/2007 |
| **John** | **Hazard** | Manager Network Services | 9/14/2007 |
| **Frank** | **Hill, Jr.** | Manager Network Services | 1/26/2007 |
| **David** | **Hull** | Manager Network Services | 4/30/2007 |
| **Carl** | **Johnson** | Manager Network Services | 5/31/2007 |
| **Thomas** | **Jones** | Manager Construction & Engineering | 4/18/2007 |
| **Timothy** | **Jones** | Manager Construction & Engineering | 3/31/2007 |
| **Cindy** | **Mallory** | Manager Network Services | 6/30/2007 |
| **Daniel** | **Martinez** | Manager Network Services | 8/15/2007 |
| **Lorraine A.** | **Martinez** | Manager Network Services | 9/30/2007 |
| **David E.** | **Miller** | Manager Network Services | 6/29/2007 |

| First | Last | Title | Date |
|---|---|---|---|
| **Glenn** | **Nishinaka** | Manager Construction & Engineering | 7/31/2007 |
| **Marvin** | **Okada** | Manager Construction & Engineering | 2/28/2007 |
| **Mario** | **Ossorio** | Manager Network Services | 9/15/2007 |
| **Daniel** | **Prinzing** | Manager Network Services | 4/30/2007 |
| **Martha** | **Ramos-Hernandez** | Manager Network Services | 6/30/2007 |
| **Harvey** | **Roberts** | Manager Construction & Engineering | 3/30/2007 |
| **Kathryn** | **Saldamando** | Manager Network Services | 2/28/2007 |
| **William** | **Schemen** | Manager Network Services | 8/8/2007 |
| **Newell** | **Sherrod** | Manager Network Services | 7/30/2007 |
| **Robby J.** | **Sisco** | Manager Network Services | 3/2/2007 |
| **William** | **Skinner** | Manager Construction & Engineering | 4/15/2007 |
| **Marvin** | **Spencer** | Manager Network Services | 5/15/2007 |
| **Tim** | **Struckmeier** | Manager Network Services | 5/14/2007 |
| **Larry** | **Thorne** | Manager Network Services | 6/30/2007 |
| **Michael** | **Tone** | Manager Construction & Engineering | 12/15/2006 |
| **Richard** | **Tuttle** | Manager Construction & Engineering | 3/30/2007 |
| **John** | **Vehar** | Manager Network Services | 4/30/2007 |

4.  The parties respectfully request, in the Proposed Order filed herewith, that the

Court enter an Order dismissing with prejudice the Fair Labor Standards Act claims of the opt-in plaintiffs named in paragraph 3, immediately above.

5. Some or all of the opt-in plaintiffs named in paragraph 3 may have timely claims under the California's Labor Code and Business and Professions Code and nothing in this stipulation is intended to affect their rights or eligibility to participate as class members if plaintiffs' California Labor Code and Business and Professions Code claims are certified under Rule 23 of the Federal Rules of Civil Procedure.

6. Each party shall bear its own costs, attorneys' fees, and expenses related to this Stipulation.

Dated: March 5, 2012

JANETTE WIPPER
STEVEN L. WITTELS
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM & OLSON LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By: /s/ Janette Wipper
    Janette Wipper
    Attorneys for Plaintiffs
    Joe Lewis Luque and Herman Richardson

1     Dated: March 5, 2012

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL HASTINGS LLP

By:   /s/ William C. Barker
       William C. Barker
       Attorneys for Defendants
       AT&T Corp,, Pacific Bell Telephone Company, and
       AT&T Communications of California, Inc.

# [PROPOSED] ORDER

On the stipulation of the parties, IT IS ORDERED that the Fair Labor Standards Act claims of the following opt-in plaintiffs are dismissed with prejudice:

| FIRST NAME | LAST NAME |
| --- | --- |
| Barry | Bingham |
| Michael | Bohanna |
| Jules | Caldeira |
| Michael | Camarena |
| Irl | Cruz |
| Bruce | Dudley |
| Michael | Earhart |
| Ernest | Estacio |
| Chris J. | Feliz |
| Mark | Fitzgerald |
| Joseph | Garcia |
| David | Goldwater |
| Robert | Hallet |
| Robert | Hamilton |
| John | Hazard |
| Frank | Hill, Jr. |
| David | Hull |
| Carl | Johnson |
| Thomas | Jones |
| Timothy | Jones |
| Cindy | Mallory |
| Daniel | Martinez |
| Lorraine A. | Martinez |
| David E. | Miller |
| Glenn | Nishinaka |
| Marvin | Okada |
| Mario | Ossorio |
| Daniel | Prinzing |
| Martha | Ramos-Hernandez |
| Harvey | Roberts |
| Kathryn | Saldamando |
| William | Schemen |
| Newell | Sherrod |
| Robby J. | Sisco |
| William | Skinner |

| FIRST NAME | LAST NAME |
|---|---|
| Marvin | Spencer |
| Tim | Struckmeier |
| Larry | Thorne |
| Michael | Tone |
| Richard | Tuttle |
| John | Vehar |

Dated: March __, 2012.

______________________________

Judge Charles R. Breyer
United States District Court
Northern District of California