1 | (Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. 3:09CV5885 (CRB)(JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING SETTLEMENT** |

STIP. TO STAY PROCEEDINGS
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

LEGAL_US_W # 71731765.3

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 391-6900
Facsimile: (415) 391-6901
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@ramolson.com
kolson@ramolson.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have mediated all claims in this action and have reached a class settlement that is subject to Court approval. The parties have also reached a settlement of the claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.). .

2. In order to afford the parties time to finalize the settlement papers and move for preliminary approval of the settlement, the parties respectfully request that the Court stay any and all proceedings in this matter until July 13, 2012. The parties anticipate that the motion for preliminary approval will be submitted on or before that date.

Dated: June 7, 2012.

JANETTE WIPPER
STEVEN L. WITTELS
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM & OLSON LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By:   /s/ Janette Wipper
         Janette Wipper
         Attorneys for Plaintiffs
         Joe Lewis Luque and Herman Richardson

Dated: June 7, 2012.        J. AL LATHAM, JR.
                            JEFFREY D. WOHL
                            JEFFREY P. MICHALOWSKI
                            WILLIAM CORY BARKER
                            PAUL HASTINGS LLP

                            By:   /s/ William C. Barker
                                  William C. Barker
                                  Attorneys for Defendants
                                  AT&T Corp,, Pacific Bell Telephone Company, and
                                  AT&T Communications of California, Inc.

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that all proceedings in this action be and hereby are stayed until July 13, 2012

Dated: June __, 2012.

_____
Charles R. Breyer
United States District Judge