(Counsel listed on following pages)

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

10

11  JOE LEWIS LUQUE AND HERMAN
RICHARDSON, Individually and On Behalf     No. 3:09CV5885 (CRB)(JCS)
of All Others Similarly Situated,

12                                                                     **JOINT STIPULATION AND**
                  Plaintiffs,                                          **[PROPOSED] ORDER STAYING**
                                                                       **PROCEEDINGS PENDING**
13                                                                     **SETTLEMENT**
           v.

14
AT&T CORP., PACIFIC BELL
15  TELEPHONE CO. d/b/a AT&T
CALIFORNIA, AND AT&T
16  COMMUNICATIONS OF CALIFORNIA,
INC.,

17
                  Defendants.
18

19

20

21

22

23

24

25

26

27

28

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.
comkolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell

2  Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting

3  through their respective counsel of record, hereby stipulate as follows:

4    1.    The parties have mediated all claims in this action and have reached a class

5  settlement that is subject to Court approval.  The parties have also reached a settlement of the

6  claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.).

7    2.    The parties have diligently worked to finalize the settlement papers and motion for

8  preliminary approval.  The parties have almost completed that process but required the

9  involvement of their mediator to resolve several last minute disputes.  As a result, the parties

10  respectfully request that the stay be extended until August 20, 2012.

11    Dated: August 10, 2012.    JANETTE WIPPER
                                  STEVEN L. WITTELS
12                                SANFORD WITTELS & HEISLER, LLP

13                                MICHAEL RAM
                                  KARL OLSON
14                                RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

15                                EDMOND CLARK
                                  LAW OFFICE OF EDMOND CLARK
16
                                  By:    /s/ Janette Wipper
17                                          Janette Wipper
                                            Attorneys for Plaintiffs
18                                          Joe Lewis Luque and Herman Richardson

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 72081351.3

STIP. TO STAY PROCEEDINGS
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

1       Dated: August 10, 2012.      J. AL LATHAM, JR.
                                      JEFFREY D. WOHL

2                                       JEFFREY P. MICHALOWSKI
                                      WILLIAM CORY BARKER

3                                       PAUL HASTINGS LLP

4                              By:     /s/ William C. Barker

5                                       William C. Barker
                                      Attorneys for Defendants

6                                       AT&T Corp,, Pacific Bell Telephone Company, and
                                      AT&T Communications of California, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 72081351.3

STIP. TO STAY PROCEEDINGS
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

1

# [PROPOSED] ORDER

2        On the stipulation of the parties, and good cause appearing therefor,

3        IT IS ORDERED that all proceedings in this action be and hereby are stayed until August

4   20, 2012

5        Dated:  August  17, 2012.



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)