*Counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO., d/b/a AT&T CALIFORNIA, and AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. 09-05885-CRB<br><br>[CLASS ACTION]<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:    September 28, 2012<br>Time:    10:00 AM<br>Ctrm:    6, 17th Floor<br>Judge:   Charles R. Breyer |

Attorneys for Plaintiffs Joe Lewis Luque and Herman Richardson:

STEVEN L. WITTELS (N.Y. State Bar No. 2004635) (*Pro Hac Vice*)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York  10022
Telephone:  (646) 402-5650
Facsimile:  (646) 402-5651
swittels@swhlegal.com
jheisler@swhlegal.com

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@swhlegal.com

MICHAEL RAM (Cal. State Bar No.104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311
mram@rocklawcal.com
kolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915) (*Pro Hac Vice*)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut  06443
Telephone:  (203) 245-4602
Facsimile:  (203) 245-9734
eclarkmadisonlaw@aol.com

PLEASE TAKE NOTICE that, on September 28, 2012 at 10:00AM, plaintiffs Joe Lewis Luque and Herman Richardson will bring before the Honorable Charles R. Breyer their unopposed Motion for Preliminary Approval of Settlement and for entry of an Order:

(a) preliminarily approving the Settlement Agreement;

(b) preliminarily certifying a Fed. R. Civ. P. 23 settlement class as to the California state law claims, and providing stage two certification of a §216(b) collective action class as to the federal claims under the Fair Labor Standards Act (FLSA) for settlement purposes only;

(c) appointing Plaintiffs Joe Louis Luque and Herman Richardson as settlement class representatives;

(d) appointing Steven L. Wittels & Janette Wipper of Sanford Wittels & Heisler, LLP as settlement Class Counsel;

(e) approving the parties' Notice of Proposed Class Action Settlement, Consent and Claim Forms, and Exclusion Form and directing the mailing of the same to the class members; and

(f) establishing dates for the final fairness hearing and related events, such as the mailing of notice and the deadline to file objections.

Dated: August 24, 2012.

SANFORD WITTELS & HEISLER, LLP

By:   /s/ Steven L. Wittels
         Steven L. Wittels
         Attorneys for Plaintiffs
         Joe Lewis Luque and Herman Richardson