(Counsel listed on following pages)

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6    JOE LEWIS LUQUE AND HERMAN                    No. 3:09CV5885 (CRB)(JCS)
     RICHARDSON, Individually and On Behalf
7    of All Others Similarly Situated,
                                                   **JOINT STIPULATION AND
8              Plaintiffs,                          [PROPOSED] ORDER EXTENDING
                                                   BRIEF PAGE LIMIT**
9          v.

10   AT&T CORP., PACIFIC BELL
     TELEPHONE CO. d/b/a AT&T
11   CALIFORNIA, AND AT&T
     COMMUNICATIONS OF CALIFORNIA,
12   INC.,

13             Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)(*Pro Hac Vice*)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.
comkolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915)(*Pro Hac Vice*)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

1    Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell

2  Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting

3  through their respective counsel of record, hereby stipulate as follows:

4    1.    The parties have mediated all claims in this action and have reached a class

5  settlement that is subject to Court approval.  The parties have also reached a settlement of the

6  claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.).

7    2.    The parties have diligently worked to finalize the settlement papers and motion for

8  preliminary approval.  In connection with the request for preliminary approval of the settlement,

9  Plaintiffs will submit a twenty three (23) page unopposed memorandum of law, exclusive of

10  summary of argument, title pages, indexes of cases, table of contents, and exhibits.

11    3.    In accordance with this Court's Standing Orders (no. 5) dated July 12, 2012, the

12  parties hereby stipulate to extend the length of the memorandum of law in support from fifteen

13  (15) pages to twenty three (23), subject to the Court's approval.

14    Dated: August 24, 2012.    JANETTE WIPPER
                                 STEVEN L. WITTELS
15                               SANFORD WITTELS & HEISLER, LLP

16                               MICHAEL RAM
                                 KARL OLSON
17                               RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

18                               EDMOND CLARK
                                 LAW OFFICE OF EDMOND CLARK
19
                                 By:    /s/ Janette Wipper
20                                      Janette Wipper
                                        Attorneys for Plaintiffs
21                                      Joe Lewis Luque and Herman Richardson

22

23

24

25

26

27

28

STIP. TO EXTEND PAGE LIMIT
U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)

1    Dated: August 24, 2012.    J. AL LATHAM, JR.
                                JEFFREY D. WOHL
2                               JEFFREY P. MICHALOWSKI
                                WILLIAM CORY BARKER
3                               PAUL HASTINGS LLP

4                               By:    /s/ William C. Barker
                                        William C. Barker
5                                       Attorneys for Defendants
                                        AT&T Corp,, Pacific Bell Telephone Company, and
6                                       AT&T Communications of California, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 72081351.3

1    [PROPOSED] **ORDER**

2         On the stipulation of the parties, and good cause appearing therefor,

3         IT IS ORDERED that the page limit for the memorandum of law in support of Plaintiffs'

4    unopposed motion for preliminary approval of settlement is hereby extended to twenty three (23)

5    pages, exclusive of title pages, indexes of cases, table of contents, summary of argument, and

6    exhibits.

7         Dated:  August  28 2012.

8                                                      _____

9                                                      Charles R. Breyer
                                                       United St___

10   

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 72081351.3                                    [PROPOSED] ORDER
                                                       U.S.D.C., N.D. Cal., No. C-09-5885-CRB (JCS)