(Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. 3:09CV5885 (CRB)(JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEF PAGE LIMIT** |

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)(*Pro Hac Vice*)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.com
kolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915)(*Pro Hac Vice*)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have mediated all claims in this action and have reached a class settlement that is subject to Court approval. The parties have also reached a settlement of the claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.).

2. The parties have diligently worked to finalize the settlement papers and motion for preliminary approval. In connection with the request for preliminary approval of the settlement, Plaintiffs will submit a twenty three (23) page unopposed memorandum of law, exclusive of summary of argument, title pages, indexes of cases, table of contents, and exhibits.

3. In accordance with this Court's Standing Orders (no. 5) dated July 12, 2012, the parties hereby stipulate to extend the length of the memorandum of law in support from fifteen (15) pages to twenty three (23), subject to the Court's approval.

Dated: August 24, 2012.

JANETTE WIPPER
STEVEN L. WITTELS
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By:  /s/ Janette Wipper
    Janette Wipper
    Attorneys for Plaintiffs
    Joe Lewis Luque and Herman Richardson

| | | |
|---|---|---|
| 1 | Dated: August 24, 2012. | J. AL LATHAM, JR. |
| 2 | | JEFFREY D. WOHL |
| | | JEFFREY P. MICHALOWSKI |
| 3 | | WILLIAM CORY BARKER |
| | | PAUL HASTINGS LLP |

By:   /s/ William C. Barker
     William C. Barker
     Attorneys for Defendants
     AT&T Corp,, Pacific Bell Telephone Company, and
     AT&T Communications of California, Inc.

1  **[PROPOSED] ORDER**

2  On the stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED that the page limit for the memorandum of law in support of Plaintiffs'
unopposed motion for preliminary approval of settlement is hereby extended to twenty three (23)
pages, exclusive of title pages, indexes of cases, table of contents, summary of argument, and
exhibits.

Dated: August 28 2012.



_____
Charles R. Breyer
United States