(Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>Defendants. | No. 3:09CV5885 (CRB)(JCS)<br><br>**JOINT EMERGENCY STIPULATION TO CONTINUE THE SEPTEMBER 28, 2012 HEARING TO OCTOBER 12, 2012 AND [PROPOSED] ORDER** |

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD WITTELS & HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@swhlegal.com

STEVEN L. WITTELS (N.Y. State Bar No. 2004635)
SANFORD WITTELS & HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
swittels@swhlegal.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.com
kolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
1170 Peachtree Street, N.E., Ste. 100
Atlanta, Georgia 30309
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have mediated all claims in this action and have reached a class settlement that is subject to Court approval. The parties have also reached a settlement of the claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.).

2. The Court scheduled a hearing on Plaintiffs' Unopposed Motion for Preliminary Settlement to take place on September 28, 2012 at 10:00 a.m.

3. Plaintiffs' counsel is unable to appear at the hearing because of an unforeseen emergency requiring the immediate attention of all partners. This stipulation is being filed at this time because the emergency only came to Plaintiffs' counsel's attention late yesterday, September 26, 2012.

4. The next potential hearing date on the Court's Civil Law and Motion Schedule that all parties are available to attend is October 12, 2012 at 10:00 a.m.

5. There have been no prior requests to continue said hearing previously filed.

6. In accordance with the Court's Standing Orders (no. 4) dated July 12, 2012, the parties hereby stipulate to reschedule the aforementioned hearing to October 12, 2012 at 10:00 a.m., subject to the Court's approval.

Dated: September 27, 2012

STEVEN L. WITTELS
SANFORD WITTELS & HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By: __/s/_____
    Steven Wittels
    Attorneys for Plaintiffs and the Class

Dated: September 27, 2012

J. AL LATHAM, JR.
PATRICK W. SHEA
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL HASTINGS LLP

By: _____/s/_____
    William C. Barker
    Attorneys for Defendants
    AT&T Corp,, Pacific Bell Telephone Company, and
    AT&T Communications of California, Inc.

**[PROPOSED] ORDER**

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that the September 28, 2012 Hearing on the Unopposed Motion for Preliminary Approval for Settlement shall be continued to October 12, 2012 at 10:00 a.m..

Dated: September 27, 2012.



_____
Breyer
District Judge