**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2012**          Time:  12 minutes

**C-09-05885** CRB

**JOE LEWIS LUQUE  v.  AT&T CORP**

Attorneys:     David Sanford, Karl Olson          Patrick Shea

              Janette Wipper, Chaya Mandelaum      Jeff Michaalowski

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Connie Kuhl**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion for Preliminary Settlement | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Notice to be by publication.  Revised proposed order to be revised and submitted.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____          for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____