(Counsel listed on following pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEWIS LUQUE AND HERMAN RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AT&T CORP., PACIFIC BELL TELEPHONE CO. d/b/a AT&T CALIFORNIA, AND AT&T COMMUNICATIONS OF CALIFORNIA, INC.,<br><br>　　　　Defendants. | No. 3:09CV5885 (CRB)(JCS)<br><br>**JOINT STIPULATION** |

Counsel for Plaintiffs:

JANETTE WIPPER (Cal. State Bar No. 275264)
SANFORD HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, California 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@sanfordheisler.com

DAVID SANFORD (DC Bar No. 457933)*(Pro Hac Vice)*
SANFORD HEISLER, LLP
1666 Connecticut Ave NW
Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
dsanford@sanfordheisler.com

JEREMY HEISLER  (N.Y. State Bar No. 1653484)
SANFORD HEISLER, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10022
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
jheisler@sanfordheisler.com

MICHAEL RAM (Cal. State Bar No. 104805)
KARL OLSON (Cal. State Bar No. 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
mram@rocklawcal.
comkolson@rocklawcal.com

EDMOND CLARK (Conn. State Bar No. 418915)
LAW OFFICE OF EDMOND CLARK
83 Scotland Avenue
Madison, Connecticut 06443
Telephone: (203) 245-4602
Facsimile: (203) 245-9734
Eclarkmadisonlaw@aol.com

Counsel for Defendants:

J. AL LATHAM, JR. (Cal. State Bar No. 071605)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
allatham@paulhastings.com

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JEFFREY P. MICHALOWSKI (Cal. State Bar No. 248073)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
jeffmichalowski@paulhastings.com

WILLIAM CORY BARKER (Georgia State Bar No. 037727)
PAUL HASTINGS LLP
600 Peachtree Street, N.E., 24th Floor
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424
corybarker@paulhastings.com

Plaintiffs Joe Lewis Luque and Herman Richardson and defendants Pacific Bell Telephone Company, AT&T Corp., and AT&T Communications of California, Inc., acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have mediated all claims in this action and have reached a class settlement that is subject to Court approval. The parties have also reached a settlement of the claims in *Lawson et al. v. BellSouth Telecomm., Inc.*, 1:09-CV-3528-JEC (N.D. Ga.) and *Perkins, et al. v. Southern New England Telephone Co.* 3:07-CV-967-JCH (D. Conn.).

2. A preliminary approval hearing in this matter was held on October 12, 2012, after which the Court granted preliminary approval of the settlement in this action and ordered that notice of the settlement be published. (Doc. 191). The Court ordered the parties to submit a revised proposed order incorporating publication of notice and the changes to Class Counsel's firm name and individual attorney designations that were raised at the hearing.

3. Per the terms of the agreement reached by the parties, the $27,050,000 in settlement funds allocated to this action and the *Lawson* case were to be apportioned between the two cases on a pro rata basis based on the number of class member workweeks eligible for compensation in the respective lawsuits. (Doc. 183, ¶34).

4. Plaintiffs' counsel recently discovered that in performing the apportionment calculations, workweeks in which class members in the *Lawson* case supervised employees in two of the outside technician job titles were mistakenly excluded from the computation of eligible workweeks despite meeting the collective action definition in the *Lawson* case.

5. The corrected allocation of compensable workweeks between the individuals in the two cases results in a pro rata settlement amount of $18,920,325 in this action. This amount represents a decrease of less than 3% from the $19,407,164 settlement amount incorrectly allocated to this action in the Joint Stipulation of Class Settlement and Release previously submitted to the Court. (Doc. 183-1).

6. The corrected settlement amount more accurately effectuates the parties' intent of apportioning the settlement funds allocated to this action and the *Lawson* case on a pro rata basis based on the number of workweeks eligible to be compensated in the respective lawsuits.

7. Plaintiffs' Motion for Preliminary Approval also included references to the Maximum Payment amount, attorneys' fee amounts, anticipated maximum individual recovery and service payments as a percent of the Maximum Payment. Based on the revised Maximum Payment, the anticipated maximum individual recovery is $18,475, not including service payments being sought for a number of the Class Members. Service payments are 0.67% of the revised Maximum Payment.

8. The parties have executed a corrected Joint Stipulation of Class Settlement and Release that includes the corrected Maximum Payment amount, the corresponding corrected attorneys' fee amount, the changes to Class Counsels' firm name and individual attorney designations, and the increased estimated costs of administration attributable to publishing notice of settlement as ordered by the Court. The corrected Joint Stipulation of Class Settlement and Release is attached hereto as Exhibit A.

9. The parties have also corrected the proposed Class Notice to reflect the corrected Maximum Payment, the changes to Class Counsels' firm name and individual attorney designations, and the increased estimated costs of administration attributable to publishing notice of settlement as ordered by the Court. The corrected Class Notice is attached hereto as Exhibit B.

10. The parties have also drafted a notice of settlement for publication as ordered by the Court. The notice of settlement for publication is attached hereto as Exhibit C.

Dated: November 16, 2012.   DAVID SANFORD
JANETTE WIPPER
JEREMY HEISLER
SANFORD HEISLER, LLP

MICHAEL RAM
KARL OLSON
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

EDMOND CLARK
LAW OFFICE OF EDMOND CLARK

By: ___/s/ David Sanford_____
    David Sanford
    Attorneys for Plaintiffs
    Joe Lewis Luque and Herman Richardson

Dated: November 16, 2012.

J. AL LATHAM, JR.
JEFFREY D. WOHL
JEFFREY P. MICHALOWSKI
WILLIAM CORY BARKER
PAUL HASTINGS LLP

By: /s/ William C. Barker
William C. Barker
Attorneys for Defendants
AT&T Corp,, Pacific Bell Telephone Company, and
AT&T Communications of California, Inc.

LEGAL_US_W # 73243712.1