1  **[PROPOSED] ORDER**

2  On the stipulation of the parties, and good cause appearing therefor,

3  IT IS ORDERED that the page limit for the memorandum of law in support of Plaintiffs'
4  unopposed motion for final approval of settlement is hereby extended to thirty (30) pages,
5  exclusive of title pages, indexes of cases, table of contents, summary of argument, and exhibits.

6  Dated: February 26, 2013.



_____
Charles R. Breyer
United States District Judge