**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 26, 2013**　　　　　　　　　　　　　　　Time:  10 minutes

**C-09-05885** **CRB**

　　**JOE LEWIS LUQUE**  v.  **AT&T CORP**

Attorneys:　　　Janette Wipper, Michael　　　　　　　Patrick Shea

　　　　　　　　　Ram, Chaya Mandelbaum

Deputy Clerk: **BARBARA ESPINOZA**　　　　Reporter: **Sarah Goekler**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　　**RULING:**

1.  Motion for Settlement - Final Approval　　　　　　　　　Approved

2.  

3.  

**ORDERED AFTER HEARING:**

Court awards the two main plaintiffs $5,000; the proposed additional plaintiffs $1000 and the opt-in plaintiffs $1000. Motion for Settlement approved, Cost approved and Attorney Fees at 25%. with Settlement fund to be net after subtracting all. Counsel to submit an order with the changes for the judge's signature.

(  ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____
(  ) Referred to Magistrate Judge for: _____
(  ) CASE CONTINUED TO _____      for _____

Discovery Cut-Off _____              Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
　　　　　　　　　Type of Trial:  (  )Jury    (  )Court

Notes: _____